IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **GEORGE JACOBS WANKMUELLER** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 16-389 |
| **CON-WAY TRUCKLOAD, INC.** and | § | |
| **WILLIS MICHAEL PETERS** a/k/a | § | |
| **WILLIAM MICHAEL PETERS,** | § | |
| Defendants. | § | |

## INDEX OF DOCUMENTS

COMES NOW, CON-WAY TRUCKLOAD, INC. (hereinafter referred to as "Defendant"), Defendant in the above-entitled and numbered civil action, and submits this its Index of Documents filed in the State Court Action, pursuant to the Federal Rules of Civil Procedure, and which are attached to Defendant's *Notice of Removal*:

| | Document | Date |
|---|---|---|
| 1. | Plaintiff's Original Petition | 09/02/16 |
| 2. | Original Answer of Defendant Con-Way Truckload, Inc. | 09/28/16 |
| 3. | Defendant's Jury Demand | 09/28/16 |
| 4. | Defendant's Notice of Removal | 09/28/16 |

Respectfully submitted,

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY
  & ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT
CON-WAY TRUCKLOAD, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the  28th  day of September, 2016.

**VIA E-FILE AND
CMRRR 9214 7969 0099 9790 1610 5822 83**
Jay R. Beatty
Michalk, Beatty & Alcozer, L.P.
3106 South W.S. Young Drive
Building D, Suite 401
Killeen, Texas  76542

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**