United States District Court
Western District of Texas

Supplemental Civil Cover Sheet for Cases Removed
From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | **Court** | **Case Number** |
   |---|---|
   | 146th District Court<br>Bell County, Texas | Cause No. 287,365-B |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Cross claimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   |---|---|
   | Plaintiff, George J. Wankmueller | Jay R. Beatty<br>State Bar No. 01992450<br>*jbeatty@mbaattorneys.com*<br>Michalk, Beatty & Alcozer, L.P.<br>3106 South W.S. Young Drive<br>Building D, Suite 401<br>Killeen, Texas  76542<br>(254) 526-3024 (phone)<br>(254) 526-2545 (Facsimile) |

**Supplemental Civil Cover Sheet
for Cases Removed From State Court – Page 1**

      Defendant, Con-Way Truckload, Inc.

D. Randall Montgomery
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
D. Randall Montgomery & Associates, PLLC
12400 Coit Road, Suite 560
Dallas, Texas  75251
(214) 292-2600 (phone)
(469) 568-9323 (Facsimile)

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ☒ Yes    ☐ No

   If "*Yes*," by which party and on what date?

   <u>Defendant Con-Way Truckload, Inc.</u>         <u>09/30/2016</u>
   Party                                                                            Date

4. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | Willis Peters | Defendant has not been served at this time. |

5. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | Not Applicable | |

6. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Plaintiff, George J. Wankmueller | Plaintiff's action includes claims for personal injuries |
   | Defendant, Con-Way Truckload, Inc. | Defendant generally denies all of Plaintiff's claims. |

Respectfully submitted,

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY
    & ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT
CON-WAY TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the 28th day of September, 2016.

**VIA E-FILE AND
CMRRR 9214 7969 0099 9790 1610 5822 83**
Jay R. Beatty
Michalk, Beatty & Alcozer, L.P.
3106 South W.S. Young Drive
Building D, Suite 401
Killeen, Texas 76542

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**